# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH OCCHIPINTI, et al.,

    Plaintiffs,

v.

LISA BAUER, et al.,

    Defendants.

3:13-CV-1875
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 14TH DAY OF AUGUST, 2017,** upon consideration of Defendants' Amended Motion for Summary Judgment, (Doc. 58), **IT IS HEREBY ORDERED THAT** the Motion, (Doc. 58), is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Defendants' Motion is **DENIED** with respect to Counts I and II of Plaintiffs' Complaint.

2. The Defendants' Motion is **GRANTED** with respect to Plaintiffs' section 1983 claim for misuse/abuse of process against Defendant Bauer found in Count III of Plaintiffs' Complaint. The Clerk of the Court is directed to enter judgment **IN FAVOR** of Defendant Bauer and **AGAINST** the Plaintiffs on this Count.

3. The Defendants' Motion is **GRANTED** to the extent that Count VI asserts a section 1983 claim for misuse/abuse of process against Defendant Tigue. The Clerk of the

Court is directed to enter judgment **IN FAVOR** of Defendant Tigue and **AGAINST** the Plaintiffs on Plaintiffs' section 1983 claim for misuse/abuse of process.

4. The Defendants' Motion is **DENIED** with respect to Plaintiffs' section 1983 claims for false arrest against ADA Tigue found in Count VI of Plaintiffs' Complaint.

5. The Defendants' Motion is **GRANTED** to the extent that Count VIII asserts a state law claim for misuse/abuse of process against Defendant Bauer. The Clerk of the Court is directed to enter judgment **IN FAVOR** of Defendant Bauer and **AGAINST** the Plaintiffs on Plaintiffs' claim for misuse/abuse of process.

6. The Defendants' Motion is **DENIED** with respect to Plaintiffs' state law claims for false arrest and malicious prosecution against Detective Bauer found in Count VIII of Plaintiff's Complaint.

**IT IS FURTHER ORDERED THAT** a telephone scheduling conference will be held on **Monday, August 28, 2017** at **11:30 a.m.** to schedule this case for trial. Counsel for Plaintiffs is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge